FILED

2018 JAN 26 PM 3: 36

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VALENCIA RENA GARNER,

Plaintiff,

v.                                               Case No:   6:18-MC-6-ORL-18KRS

BANK OF AMERICA, U.S. DEPARTMENT OF TRANSPORTATION/FEDERAL TRANSIT MARTA, DEKALB POLICE DEPARTMENT, FEDERAL BUREAU OF INVESTIGATION/TAMPA, PUBLIX SUPERMARKET, MCDONALD RESTURANTS, FEDERAL POLICE,

Defendants.

## ORDER

This cause came on for consideration of the Complaint for Violation of Civil Rights filed by Valencia Rena Garner. In Case No. 6:17-cv-1128-Orl-18KRS, Doc. No. 6, the Honorable G. Kendall Sharp, United States District Judge, enjoined Garner from filing any future lawsuits in this District unless she has obtained leave of this Court to file a complaint *pro se* or the complaint is filed on her behalf by an attorney who is a member of the bar of this Court. Pursuant to this order, Garner's proposed *pro se* complaint has been submitted to me for review.

In the complaint, Garner names as Defendants Bank of America (in Georgia), U.S. Department of Transportation/Federal Transit Marta, DeKalb Police Department (in Georgia), FBI/Tampa, Publix Supermarket (in Georgia), McDonald Restaurants (in Georgia), and the Federal Police (in Georgia). There are no allegations in the complaint regarding any acts taken by the

FBI/Tampa or the U.S. Department of Transportation/Federal Transit Marta. Therefore, the complaint is both legally and factually insufficient to state claims against these Defendants.

The events underlying Garner's claims against the other Defendants all appear to have occurred in Georgia. Complaints about events that occurred in Georgia, where Garner resides, are not properly filed in this Court. *See, e.g.*, 28 U.S.C. § 1391 (b).

For these reasons, leave to file the complaint *pro se* is **DENIED**. The **Clerk of Court** is directed to return the proposed complaint and attachments thereto along with a copy of this Order to Garner.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE